1
2
3
4
5

# UNITED STATES DISTRICT COURT

6

## EASTERN DISTRICT OF CALIFORNIA

7
8

| | |
|---|---|
| 9  **BRUCE ALAN INGRASSIA AND**       )     **CIV-F-09-1266 AWI SMS** |
| 10 **MILLIMAC ENTERPRISES,**          ) |
|           **Plaintiffs**,             )     **ORDER VACATING HEARING** |
| 11                                    )     **DATE OF NOVEMBER 9, 2009** |
|    **v.**                             ) |
| 12                                    ) |
|    **CHICKEN RANCH BINGO AND**        ) |
| 13 **CASINO, AND CHICKEN RANCH**      ) |
|    **RANCHERIA,**                     ) |
| 14                                    ) |
|           **Defendants**.             ) |
| 15 _____  ) |

16
17
18     Defendants have filed a motion to dismiss under Fed. R. Civ. Proc. 12(b)(1) and 12(b)(6).

19 Plaintiffs filed an opposition.  The court invited the parties to submit additional briefing and

20 evidence.  Both parties have done so.  The court has reviewed the submissions and has

21 determined that the motion is suitable for decision without further oral argument. See Local Rule

22 78-230(h).

23     Therefore, IT IS HEREBY ORDERED that the previously set hearing date of November

24 9, 2009, is VACATED, and no party shall appear at that time.  As of that date, the court will take

25 the matter under submission and will thereafter issue a decision.

26 IT IS SO ORDERED.

27 **Dated:    November 5, 2009**              **/s/ Anthony W. Ishii**
                                             CHIEF UNITED STATES DISTRICT JUDGE
28

1